**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WCRA CORP., INC.,

    Plaintiff,

vs.                                        CASE NO. 3:07-CV-829-J-32TEM

WEICHERT REAL ESTATE
AFFILIATES, INC.,

    Defendant.
_____

## O R D E R

It has come to the attention of the Court that Plaintiff's Response to Defendant's Motion to Dismiss (Doc. #9, Response) was filed on October 9, 2007, as was Plaintiff's First Amended Complaint (Doc. #8). Earlier in the case, Defendant filed a motion to dismiss (Doc. #4), asserting Plaintiff had failed to state a claim upon which relief could be granted. Plaintiff has now filed the First Amended Complaint to correct the deficiencies Defendant asserted existed in the original complaint.

Rule 15, Federal Rules of Civil Procedure states in relevant part that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a). It is well established in the Eleventh Circuit that a motion to dismiss is not considered a responsive pleading for purposes of Rule 15(a). *Fortner v. Thomas*, 983 F.2d 1024, 1032 (11th Cir. 1993) (internal citations omitted). Thus, Plaintiff's First Amended Complaint (Doc. #8) was filed as a matter of right and the pending motion to dismiss is due to be denied as moot.

Accordingly, it is hereby **ORDERED:**

1. Defendant Weichert Real Estate Affiliates, Inc.'s Motion to Dismiss Complaint (Doc. #4) is **DENIED AS MOOT**.

2. Plaintiff's First Amended Complaint (Doc. #8) shall stand as filed.

3. Defendant shall respond to the First Amended Complaint in conformance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of October, 2007.

Copies to all counsel of record
    and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge